IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN SCOTT ELSTON, | ) | 4:07CV3127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| NEBRASKA CENTRAL RAILROAD CORPORATION, | ) ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CATTRON THEIMEG, INC., | ) | |
| | ) | |
| Third Party Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 63) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that all claims in this matter, including any counterclaims or third party claims, are dismissed with prejudice, each party to bear their own costs and attorneys fees and complete record waived.

July 22, 2008.            BY THE COURT:

                          *s/Richard G. Kopf*
                          United States District Judge